IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02743-RPM

THE FIRST NATIONAL BANK OF SANTA FE,

    Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendant.

_____

ORDER VACATING SCHEDULING ORDER AND
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Scheduling Order entered by Magistrate Judge Boyd N. Boland on January 22, 2015, is vacated.

    DATED: February 3rd, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge