IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02743-RPM

THE FIRST NATIONAL BANK OF SANTA FE,

     Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY,

     Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated:  April 24th, 2015

BY THE COURT:

s/Richard P. Matsch

  .

                        _____
Richard P. Matsch, Senior District Judge