IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02743-RPM

THE FIRST NATIONAL BANK OF SANTA FE,

    Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,

    Defendant

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO COUNTERCLAIM**
_____

    Plaintiff, The First National Bank of Santa Fe, filed its Unopposed Motion for Leave to File Response to Counterclaim. The Court, having reviewed such Motion, finds that Plaintiff's failure to timely file its response was the result of excusable neglect under Fed.R.Civ.P. 6(b)(1)(B) and, therefore, ORDERS that the late filing of Plaintiff's Response to Defendant's Counterclaim is permitted. Plaintiff shall file its response promptly following entry of this order.

    DATED this 7th day of August, 2015.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge