IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02743-RPM

THE FIRST NATIONAL BANK OF SANTA FE,

Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,

Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**

THE COURT, having considered the Stipulated Motion to Dismiss Action with Prejudice, and being otherwise fully advised, hereby GRANTS the Stipulated Motion. IT IS HEREBY ORDERED that all claims and defenses brought in this action are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: October 1st, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge